# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAYTONA INTERNATIONAL SPEEDWAY, LLC,**

    **Petitioner,**

**v.**                                                  Case No: 6:18-cv-472-Orl-31TBS

**GLOBAL BARISTAS, LLC,**

    **Respondent.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default Judgment (Doc. 10), filed April 30, 2018.

On May 4, 2018, the United States Magistrate Judge issued a report (Doc. 11) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED.** The Clerk is directed to enter default judgment in favor of Plaintiff and against Defendant in the amount of $713,742.50 for actual damages, plus $39,348.00 in attorneys' fees, $11,672.52 for costs, and post-judgment interest at the prevailing rate.

3. After entry of judgment, the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 21, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party